UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CELESTE ELIZABETH HOWEY,**

   Plaintiff,

v.                                      No. 4:22-cv-747-P-BP

**CENDERA FUNDING CORPORATION, ET AL.,**

   Defendants.

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 40. Plaintiff objected to the FCR, but she failed to address the substance of the FCR, instead threatening to sue the undersigned, the magistrate judge, and another individual for "Treason." *See* ECF No. 42 at 2. Reviewing the FCR de novo, the Court agrees with and accepts the FCR as the findings and conclusions of the Court. That is, the summons issued as to Defendant Cendera Funding Corporation were unexecuted. ECF No. 13. More than 90 days have passed since Plaintiff filed her complaint. ECF No. 1. So the Court hereby **DISMISSES** Cendera Funding Corporation as a party to this suit pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED** on this **20th day of December 2022**.

*[signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE